**Order entered March 10, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-01629-CV

---

### IN THE INTEREST OF I.C.G., A CHILD,

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-00258-T**

---

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

Before the Court is appellant's Emergency Motion to Suspend Operation of Final Judgment. By order dated February 12, 2015, the Court requested that appellees and Pamela Isaacson, the guardian ad litem for the child who is the subject of this case, file their responses to the motion on or before February 23, 2015. To date, the Court has not received a response to the motion.

We **STAY** the portion of the trial court's December 9, 2014 judgment that requires the mother, Cashunda Nicholson, "to initiate a case with the office of the Attorney General for the child the subject of this suit and Mr. Elliot Hawkins (the biological father)." To the extent such a case has been initiated we **ORDER** the mother, Cashunda Nicholson, to advise the Court **within ten (10) days of the date of this order** of the cause number and style of the case.

We **STAY**, pending further order of this Court, the portion of the trial court's order permitting the mother, Cashunda Nicholson, to change the child's name on the child's birth certificate.

We **DENY** any further relief not expressly granted in this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE